# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN THOMPSON

NO. 2021 KW 1007

**OCTOBER 18, 2021**

---

In Re:   State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 19-06239.

---

**BEFORE: LANIER, WOLFE, AND BURRIS,[1] JJ.**

   **WRIT DENIED.**

                         WIL
                         EW
                         WJB

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
            FOR THE COURT

---

[1] Judge William J. Burris, retired, serving pro tempore by special appointment of the Louisiana Supreme Court.